**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jarrett Anthony WALKER, Defendant–Appellant.**

No. 15–30009

United States Court of Appeals, Ninth Circuit.

Submitted July 26, 2016 *

FILED August 01, 2016

Cyndee L. Peterson, USMI–Office of the U.S. Attorney, Missoula, MT, Leif Johnson, Assistant U.S. Attorney, Office of the US Attorney, Billings, MT, for Plaintiff–Appellee.

Jarrett Anthony Walker, Blythe, CA, Pro Se.

Before: SCHROEDER, CANBY, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Jarrett Anthony Walker appeals from the district court's judgment and challenges his guilty-plea conviction and 188–month sentence for receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Walker's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Walker the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Walker waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.